**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES,

        Plaintiff,

v.                             **ORDER**
                                Crim. File No. 06-175 (MJD/JSM)

DESMOND ANDRE LAMBERSON,

        Defendant.

_____

Andrew R. Winter, Assistant United States Attorney, Counsel for Plaintiff.

Michael C. Davis, Davis Law Office, Counsel for Defendant.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 9, 2006.  Defendant filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court adopts the Report and Recommendation dated August 9, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The Magistrate Judge's Report and Recommendation dated August 9, 2006, [Docket No. 26] is hereby **ADOPTED**.

    2.      Defendant Desmond Andre Lamberson's Motion to Suppress Evidence [Docket No. 13] is **DENIED**.

Dated: <u>September 20, 2006</u>　　　　　　　<u>s / Michael J. Davis          </u>
　　　　　　　　　　　　　　　　　　　　　Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　United States District Court